# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VAUGHN ANDERSON,** | : | **PHILADELPHIA COUNTY** |
| **Plaintiff,** | : | **COURT OF COMMON PLEAS** |
| | : | |
| **v.** | : | **No. 250702628** |
| | : | |
| **CITY OF PHILA. D/B/A CURRAN-** | : | |
| **FROMHOLD CORRECTIONAL FACILITY,** | : | |
| **MICHAEL RESNICK ESQ,** | : | |
| **MR. MONTGOMERY, MR. WOOD,** | : | |
| **MR. SMITH,** | : | |
| **Defendants.** | : | |
| | : | |

## <u>NOTICE OF REMOVAL</u>

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

      Pursuant to 28 U.S.C. § 1441, defendants, City of Philadelphia and Michael Resnick, (hereinafter "petitioners"), through their counsel, Dara Chase, Assistant City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, petitioners state the following:

      1.      On July 23, 2025, Plaintiff initiated this action against the City of Philadelphia by Writ of Summons in the Court of Common Pleas in Philadelphia, July Term, 2025; No. 250702628. (Exhibit "A").

      2.      On December 8, 2025, Plaintiff filed his Complaint against City of Philadelphia, Michael Resnick, Mr. Montgomery, Mr. Wood, and Mr. Smith in the Court of Common Pleas in Philadelphia; No. 250702628. (Exhibit "B").

      3.      In Counts I and II of the Complaint, Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 for alleged deprivations of his civil rights protected by the Constitution of the United States. (Exhibit "B").

      4.      28 U.S.C. § 1331 states that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.      The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over the claims alleged by Plaintiff, pursuant to 28 U.S.C. § 1331.

6.      True and correct copies of this Notice of Removal with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached hereto as Exhibit "C," will be served upon Plaintiff and filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d).

7.      In filing this Notice of Removal, the petitioners do not waive any available defenses in this action.

**WHEREFORE,** petitioners respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Date: <u>January 6, 2026</u>                    <u>*/s/ Dara K Chase*          </u>
Dara K Chase
Assistant City Solicitor
Pa. Attorney ID No. 337701
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-685-8717 (phone)
215-683-5397 (fax)
Dara.chase@phila.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAUGHN ANDERSON, | : | **PHILADELPHIA COUNTY** |
| Plaintiff, | : | **COURT OF COMMON PLEAS** |
| | : | |
| v. | : | No. 250702628 |
| | : | |
| CITY OF PHILA. D/B/A CURRAN- | : | |
| FROMHOLD CORRECTIONAL FACILITY, | : | |
| MICHAEL RESNICK ESQ, | : | |
| MR. MONTGOMERY, MR. WOOD, | : | |
| MR. SMITH, | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF FILING OF REMOVAL

TO:   **David Berlin, Esq.**
7 SOUTH MORTON AVENUE
MORTON PA 19070
(610)690-0801
dberlin@weisberglawoffices.com
*Counsel for Plaintiff*

PLEASE TAKE NOTICE THAT on January 6, 2026, the petitioning defendants, City of Philadelphia and Michael Resnick, filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

*s/ Dara K Chase*
Dara K Chase
Assistant City Solicitor
Pa. Attorney ID No. 337701
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-685-8717 (phone)
215-683-5397 (fax)
dara.chase@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VAUGHN ANDERSON, | : | PHILADELPHIA COUNTY |
| Plaintiff, | : | COURT OF COMMON PLEAS |
| | : | |
| v. | : | No. 250702628 |
| | : | |
| CITY OF PHILA. D/B/A CURRAN- | : | |
| FROMHOLD CORRECTIONAL FACILITY, | : | |
| MICHAEL RESNICK ESQ, | : | |
| MR. MONTGOMERY, MR. WOOD, | : | |
| MR. SMITH, | : | |
| Defendants. | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Dara Chase, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the plaintiff's attorney on the date indicated below via email:

TO:   **David Berlin, Esq.**
7 SOUTH MORTON AVENUE
MORTON PA 19070
(610)690-0801
dberlin@weisberglawoffices.com
*Counsel for Plaintiff*

<u>/s/ Dara K Chase</u>
Dara K Chase, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 337701

Date: <u>January 6, 2026</u>

Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

JULY 2025

E-Filing Number: 2507053700

02628

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| VAUGHN ANDERSON | CITY OF PHILA. D/B/A CURRAN-FROMHOLD CORRECTIONAL FACILITY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| C/O WEISBERG LAW 7 SOUTH MORTON AVENUE MORTON PA 19070 | 7901 STATE ROAD PHILADELPHIA PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | MICHAEL RESNICK ESQ |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD PHILADELPHIA PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | MR. MONTGOMERY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD PHILADELPHIA PA 19136 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

Z2 - MISC SUMMONS

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY

JUL 23 2025

S. GILLIAM

IS CASE SUBJECT TO COORDINATION ORDER?   YES   NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: VAUGHN ANDERSON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MATTHEW B. WEISBERG | WEISBERG LAW, PC 7 S MORTON AVE MORTON PA 19070 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)690-0801 | (610)690-0880 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 85570 | mweisberg@weisberglawoffices.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| MATTHEW WEISBERG | Wednesday, July 23, 2025, 08:49 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. CITY OF PHILA. D/B/A CURRAN-FROMHOLD CORRECTIONAL FACILITY
   7901 STATE ROAD
   PHILADELPHIA PA 19136
2. MICHAEL RESNICK
   CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD
   PHILADELPHIA PA 19136
3. MR. MONTGOMERY
   CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD
   PHILADELPHIA PA 19136
4. MR. WOOD
   CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD
   PHILADELPHIA PA 19136
5. MR. SMITH
   CURRAN-FROMHOLD CORR. FAC. 7901 STATE ROAD
   PHILADELPHIA PA 19136

**WEISBERG LAW**
Matthew B. Weisberg, Esquire
Attorney Id. No.: 85570
David A. Berlin, Esquire
Attorney Id. No.: 314400
7 South Morton Avenue
Morton, PA  19070
(610) 690-0801
(610) 690-0880 – Fax

**SCHAFKOPF LAW, LLC**
Gary Schafkopf
Attorney Id. No.: 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

Attorneys for Plaintiff

Filed and Attested by the
Office of Judicial Records
23 JUL 2025 03:09 pm
S. GILLIS

| | |
|---|---|
| **VAUGHN ANDERSON**<br>C/O Weisberg Law<br>7 South Morton Avenue<br>Morton, PA  19070 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: |
| Plaintiff,<br><br>v. | : DOCKET NO.<br>:<br>:<br>: |
| **CITY of PHILADELPHIA d/b/a CURRAN-FROMHOLD CORRECTIONAL FACILITY**<br>7901 State Road<br>Philadelphia, PA 19136 | : **JURY TRIAL OF TWELVE (12)**<br>: **JURORS DEMANDED**<br>:<br>: |
| and | :<br>: |
| **MICHAEL RESNICK, ESQUIRE**<br>**Individually and in his official capacity as Commissioner**<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | :<br>:<br>:<br>:<br>:<br>: |
| and | :<br>: |
| **MR. MONTGOMERY, individually and in his official capacity as corrections officer**<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | :<br>:<br>:<br>:<br>:<br>: |
| and | :<br>: |
| **MR. WOOD, individually and in his official capacity as corrections officer**<br>Curran-Fromhold Correctional Facility<br>7901 State Road | :<br>:<br>:<br>: |

| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **MR. SMITH, individually and in his official** | : |
| **capacity as corrections officer** | : |
| Curran-Fromhold Correctional Facility | : |
| 7901 State Road | : |
| Philadelphia, PA 19136 | : |
| | : |
| Defendants. | : |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons against the above-named Defendants in the above-captioned matter.

Respectfully Submitted,

**WEISBERG LAW**                                    **SCHAFKOPF LAW, LLC**

*/s/ Matthew B. Weisberg, Esq.*                     */s/ Gary Schafkopf*
Matthew B. Weisberg, Esq.                           Gary Schafkopf, Esq.
David Berlin, Esq.

                                                    *Attorneys for Plaintiff*

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

VAUGHN ANDERSON
_____
*Plaintiff*

vs.

City of Philadelphia, et. al.
_____
*Defendant*

:
:
:
:
:
:
:
:
:
:

Filed and Attested by the
Office ... Records
23 ... pm

COURT OF COMMON ...

July _____Term, 20 25

No._____

To[1]
CITY of PHILADELPHIA d/b/a
CURRAN-FROMHOLD
CORRECTIONAL FACILITY; MICHAEL
RESNICK; MR. MONTGOMERY; MR.
WOOD; MR. SMITH

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

VAUGHN ANDERSON

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 3/20/24)

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 250702628

Case ID: 250702628

# Court of Common Pleas

July _____ Term, 20 25 _____

No. _____

VAUGHN ANDERSON

_____
*Plaintiff*

vs.

_____
*Defendant*

# SUMMONS

Exhibit "B"

**WEISBERG LAW**
Matthew B. Weisberg, Esquire
Attorney ID. No.: 85570
David A. Berlin, Esquire
Attorney ID. No.: 314400
Gary Schafkopf, Esquire
Attorney ID. No.: 83362
Lisa M. Claire
Attorney ID. No.: 94867
7 South Morton Avenue
Morton, PA   19070
(610) 690-0801
(610) 690-0880 – Fax
*Attorneys for Plaintiff*



*Filed and Attested by the
Office of Judicial Records
08 DEC 2025 00:58 pm
S. GILLIAM*

| | |
|---|---|
| **VAUGHN ANDERSON** : | COURT OF COMMON PLEAS |
| C/O Weisberg Law : | PHILADELPHIA COUNTY |
| 7 South Morton Avenue : | |
| Morton, PA   19070 : | |
| : | DOCKET NO. 250702628 |
| Plaintiff, : | |
| v. : | |
| : | **JURY TRIAL OF TWELVE (12)** |
| **CITY of PHILADELPHIA d/b/a CURRAN-** : | **JURORS DEMANDED** |
| **FROMHOLD CORRECTIONAL FACILITY** : | |
| 7901 State Road : | |
| Philadelphia, PA 19136 : | |
| : | |
| and : | |
| : | |
| **MICHAEL RESNICK, ESQUIRE** : | |
| **Individually and in his official capacity as** : | |
| **Commissioner** : | |
| Curran-Freehold Correctional Facility : | |
| 7901 State Road : | |
| Philadelphia, PA 19136 : | |
| : | |
| and : | |
| : | |
| **MR. MONTGOMERY, individually and** : | |
| **in his official capacity as corrections** : | |
| **officer** : | |
| Curran-Freehold Correctional Facility : | |
| 7901 State Road : | |
| Philadelphia, PA 19136 : | |
| : | |
| and : | |

Case ID: 250702628

| | |
|---|---|
| **MR. WOOD, individually and in his official capacity as corrections officer** | : |
| Curran-Freehold Correctional Facility | : |
| 7901 State Road | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **MR. SMITH, individually and in his official capacity as corrections officer** | : |
| Curran-Freehold Correctional Facility | : |
| 7901 State Road | : |
| Philadelphia, PA 19136 | : |
| Defendants. | : |

Defendants.

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte |

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia Bar Association
One Reading Center
11th & Market Streets
Philadelphia, PA 19107
215-238-6333

puede decidir a favor del demandante y

requiere que usted cumpla con todas las

provisiones de esta demanda. Usted puede

perder dinero o sus propiedades u otros

derechos importantes para usted.

USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO.

SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.

Philadelphia Bar Association
One Reading Center
11th & Market Streets
Philadelphia, PA 19107
215-238-6333

Case ID: 250702628

**WEISBERG LAW**
Matthew B. Weisberg, Esquire
Attorney ID. No.: 85570
David A. Berlin, Esquire
Attorney ID. No.: 314400
Gary Schafkopf, Esquire
Attorney ID. No.: 83362
Lisa M. Claire
Attorney ID. No.: 94867
7 South Morton Avenue
Morton, PA   19070
(610) 690-0801
(610) 690-0880 – Fax

| | | |
|---|---|---|
| **VAUGHN ANDERSON** | : | COURT OF COMMON PLEAS |
| C/O Weisberg Law | : | PHILADELPHIA COUNTY |
| 7 South Morton Avenue | : | |
| Morton, PA   19070 | : | |
| | : | DOCKET NO. 250702628 |
| Plaintiff, | : | |
| v. | : | |
| | : | **JURY TRIAL OF TWELVE (12)** |
| **CITY of PHILADELPHIA d/b/a CURRAN-FROMHOLD CORRECTIONAL FACILITY** | : | **JURORS DEMANDED** |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **MICHAEL RESNICK, ESQUIRE** | : | |
| **Individually and in his official capacity as Commissioner** | : | |
| Curran-Freehold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **MR. MONTGOMERY, individually and in his official capacity as corrections officer** | : | |
| Curran-Freehold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |

Case ID: 250702628

| | |
|---|---|
| and | : |
| | : |
| **MR. WOOD, individually and in his** | : |
| **official capacity as corrections officer** | : |
| Curran-Freehold Correctional Facility | : |
| 7901 State Road | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **MR. SMITH, individually and in his official** | : |
| **capacity as corrections officer** | : |
| Curran-Freehold Correctional Facility | : |
| 7901 State Road | : |
| Philadelphia, PA 19136 | : |
| | : |
| Defendants. | |

## <u>CIVIL ACTION COMPLAINT</u>

## INTRODUCTION

This civil-rights action arises from Defendants' deliberate and reckless failure to protect a detainee housed in protective custody at Curran-Fromhold Correctional Facility. Plaintiff repeatedly warned officers that his life was in danger. Instead of securing him, officers opened his cell door in the presence of hostile inmates, enabling a brutal attack in which Plaintiff was stabbed and beaten, suffering a fractured jaw requiring surgery. Each individual defendant was personally involved, and the unconstitutional customs and deliberate indifference of the City of Philadelphia created the conditions that made the attack inevitable.

## PARTIES

1. Plaintiff Vaughn Anderson is an adult individual who, at all relevant times, was incarcerated at CFCF. Upon information and belief, Plaintiff was a pretrial detainee, as he had not yet been convicted of the charges for which he was held. To the extent he was serving a sentence, his rights were protected by the Eighth Amendment.

Case ID: 250702628

2. Defendant City of Philadelphia operates CFCF and is liable under Monell.

3. Defendant Michael Resnick, Esq. was Commissioner of the Philadelphia Department of Prisons and is sued individually and in his official capacity.

4. Defendant Correctional Officer Montgomery personally opened Plaintiff's cell door and directly exposed him to attacking inmates.

5. Defendant Lt. Wood personally received Plaintiff's requests for protection, personally ignored them, and personally allowed unsafe conditions to persist on the protective-custody tier.

6. Defendant CO Smith, who was related to one of Plaintiff's victims, personally disregarded Plaintiff's known risks and personally participated in enabling unauthorized inmates to circulate on the unit.

7. John Doe Officers 1–10 are correctional personnel who personally failed to protect Plaintiff, personally allowed unauthorized inmate movement, or personally failed to intervene during the attack.

8. Upon information and belief, jurisdiction is proper in this venue because the facts and transactions complained of herein occurred in Philadelphia County.

**OPERATIVE FACTS**

*Plaintiff Warned Officers About Credible Threats*

9. In August 2023, Plaintiff was housed at CFCF and had been receiving threats related to his case.

10. Plaintiff personally informed Lt. Wood that he required protective custody due to credible, imminent threats to his safety.

11. Wood acknowledged these warnings but took no meaningful action to ensure Plaintiff's safety beyond nominal placement, while continuing to allow unsafe conditions.

12. CO Smith, because of a familial relationship with one of Plaintiff's victims, had personal knowledge that Plaintiff was at heightened risk and personally ignored Plaintiff's repeated concerns.

*Officers Personally Allowed Hostile Inmates Access to Plaintiff*

13. On or about August 2023, CO Montgomery personally allowed two general-population inmates to serve breakfast on the protective-custody tier.

14. Montgomery then personally approached Plaintiff's cell and opened the cell door with the hostile inmates present.

15. Immediately upon the door opening, the two inmates rushed into the cell and stabbed and beat Plaintiff.

16. Plaintiff suffered a fractured jaw, requiring surgical intervention, and continues to experience pain, impairment, and trauma.

17. Smith, Wood, and Doe Officers personally permitted unauthorized inmate movement on the tier, personally ignored Plaintiff's obvious risks, and personally failed to intervene during or before the attack.

*Each Defendant's Personal Involvement*

18. Montgomery personally opened the door, directly enabling the attack.

Case ID: 250702628

19. Wood personally received Plaintiff's warnings, personally failed to protect him, and personally allowed protective-custody protocols to be violated.

20. Smith personally disregarded Plaintiff's safety concerns, personally allowed dangerous inmates into the area, and personally contributed to the circumstances that allowed the attack.

21. Doe Officers personally participated by permitting unsafe inmate access, failing to intervene, or ignoring Plaintiff's need for protection.

22. The City maintained policies, customs, and practices demonstrating deliberate indifference to detainee safety, including:

   a. Permitting general-population inmates to deliver food and access protective-custody housing;

   b. Failing to enforce classification and separation protocols;

   c. Chronic understaffing leading officers to rely on inmates for security tasks;

   d. Failure to train or supervise officers on protecting vulnerable detainees;

   e. A well-known pattern of violence within Philadelphia jails without adequate corrective action.

23. These customs were widespread, longstanding, and were the moving force behind Plaintiff's injuries.

24. Upon information and belief, Defendant Resnick was the final decision maker for Defendant City of Philadelphia.

## COUNT I
### 42 U.S.C. §1983
### Failure to Protect / Deliberate Indifference
*Against all Individual Defendants*
*(14th Amendment as a pretrial detainee; 8th Amendment in the alternative)*

25. Plaintiff incorporates all prior paragraphs.

26. If Plaintiff was a pretrial detainee, defendants violated his Fourteenth Amendment rights by acting with objective deliberate indifference.

27. If Plaintiff was a sentenced inmate, defendants violated his Eighth Amendment rights by acting with subjective deliberate indifference.

28. Each individual defendant was personally involved, including:

   a. personally ignoring Plaintiff's safety warnings;

   b. personally permitting unauthorized inmate access;

   c. personally opening the cell door (Montgomery);

   d. personally failing to intervene.

29. Defendants' conduct caused Plaintiff's injuries.

   WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

### COUNT II
### 42 U.S.C. §1983
### Municipal Liability (*Monell*)
*Against City of Philadelphia*

30. Plaintiff incorporates all prior paragraphs.

31. The City maintained unconstitutional customs and practices that caused the violation of Plaintiff's rights.

32. These include chronic understaffing, failure to enforce separation protocols, reliance on inmates for officer tasks, and failure to train and supervise staff.

Case ID: 250702628

33. The City's deliberate indifference directly caused the attack on Plaintiff.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

**WEISBERG LAW**

*/s/ David Berlin*
David A. Berlin, Esquire
Matthew B. Weisberg, Esq.
Gary Schafkopf, Esq.
Lisa M. Claire, Esq
Attorneys for Plaintiff

**WEISBERG LAW**
Matthew B. Weisberg, Esquire
Attorney ID. No.: 85570
David A. Berlin, Esquire
Attorney ID. No.: 314400
Gary Schafkopf, Esquire
Attorney ID. No.: 83362
Lisa M. Claire
Attorney ID. No.: 94867
7 South Morton Avenue
Morton, PA   19070
(610) 690-0801
(610) 690-0880 – Fax
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| **VAUGHN ANDERSON** | : | **COURT OF COMMON PLEAS,** |
| **Plaintiff,** | : | **PHILADELPHIA CO., PENNSYLVANIA** |
| | : | |
| **v.** | : | **Docket No.: 250702628** |
| | : | |
| **CITY of PHILADELPHIA d/b/a CURRAN-** | : | |
| **FROMHOLD CORRECTIONAL FACILITY:** | | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, David A. Berlin, Esquire, hereby certify that on this 8th day of December 2025, a true

and correct copy of the foregoing Complaint was served via e-filing, upon the following:

Matthew Hubbard, Esq.
Civil Rights Unit
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, PA 19102

**WEISBERG LAW**

*/s/ David Berlin*
David A. Berlin, Esquire
Matthew B. Weisberg, Esq.
Gary Schafkopf, Esq.
Lisa M. Claire, Esq
Attorneys for Plaintiff

**<u>VERIFICATION</u>**

I, David Berlin Esquire, hereby verify that I am counsel for Plaintiff, Vaughn Anderson and herein states that the statements in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.  I am making this verification on behalf of Plaintiff, Vaughn Anderson, I acknowledge that the foregoing Verification is made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.


*/s/ David Berlin*
**DAVID BERLIN, ESQUIRE**


Dated: 12-8-25

Exhibit "C"

City of Philadelphia Law Department                    Attorney for Defendant
DARA K CHASE, ESQUIRE
Assistant City Solicitor
Attorney Identification No. 337701
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 685-8717
(215) 683-5397 (fax)
dara.chase@phila.gov

| | | |
|---|---|---|
| **VAUGHN ANDERSON,** | : | **PHILADELPHIA COUNTY** |
| **Plaintiff,** | : | **COURT OF COMMON PLEAS** |
| | : | |
| **v.** | : | **No. 250702628** |
| | : | |
| **CITY OF PHILA. D/B/A CURRAN-** | : | |
| **FROMHOLD CORRECTIONAL FACILITY,** | : | |
| **MICHAEL RESNICK ESQ,** | : | |
| **MR. MONTGOMERY, MR. WOOD,** | : | |
| **MR. SMITH,** | : | |
| **Defendants.** | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**To the Prothonotary:**

Pursuant to 28 U.S.C. § 1446(d), Defendants, City of Philadelphia and Michael Resnick, by and through the undersigned counsel, hereby give notice that they have filed in the United States District Court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded."  28 U.S.C. § 1446(d).

Respectfully submitted,

Date:  January 6, 2026        _/s/ Dara K Chase_____
                              Dara K Chase, Esquire

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Vaughn Anderson

## DEFENDANTS

CITY OF PHILADELPHIA d/b/a CURRAN-FROMHOLD CORRECTIONAL FACILITY, Philadelphia Prisons ☐ +

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David Berlin, esq.
WEISBERG LAW, PC
7 S MORTON AVE ☐ +

Attorneys *(If Known)*
Dara K Chase
Attorney for City of Philadelphia and Michael Resnick
1515 ARCH STREET ☐ +

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
   *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Product Liability | |    28 USC 157 |    3729(a)) |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|    & Enforcement of Judgment |    Slander |    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |    Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|    Student Loans | ☐ 340 Marine |    Injury Product | |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    (Excludes Veterans) | ☐ 345 Marine Product |    Liability | | ☐ 840 Trademark |    Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |    Liability | **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** |    Act of 2016 |    (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract |    Product Liability | ☐ 380 Other Personal |    Act | **SOCIAL SECURITY** |    Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |    Property Damage | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |    Injury | ☐ 385 Property Damage |    Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - |    Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) |    Exchange |
| |    Medical Malpractice | | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |    Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate |    Income Security Act | ☐ 870 Taxes (U.S. Plaintiff |    Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ |    Sentence | |    or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability |    Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** |    26 USC 7609 |    Act/Review or Appeal of |
| |    Employment | **Other:** | ☐ 462 Naturalization Application | |    Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| |    Other | ☐ 550 Civil Rights |    Actions | |    State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | |    Conditions of | | | |
| | |    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §1983
Brief description of cause:
Alleged violation of constitutional rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
January 6, 2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Dara K Chase

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM

Place of Accident, Incident, or Transaction: __Philadelphia, PA_____

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?     Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?     Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?     Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?     Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation.     Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☑ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☑ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief  ***see certification below***
- ☐ 16. All Other Federal Question Cases. *(Please specify):*_____

*B.* ***Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*:_____
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*_____ _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☑   Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐   None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**VAUGHN ANDERSON**                                   Civil Action

**v.**

**CITY OF PHILA. D/B/A CURRAN-**
**FROMHOLD CORRECTIONAL FACILITY,**
**MICHAEL RESNICK ESQ,**
**MR. MONTGOMERY, MR. WOOD,**
**MR. SMITH,**

                                                   **No. 250702628**

### CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.          (   )

(b)  Social Security -- Cases requesting review of a decision of the Secretary of Health
       and Human Services denying plaintiff Social Security Benefits.          (   )

(c)  Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   (   )

(d)  Asbestos -- Cases involving claims for personal injury or property damage from
       exposure to asbestos.          (   )

(e)  Special Management -- Cases that do not fall into tracks (a) through (d) that are
       commonly referred to as complex and that need special or intense management by
       the court.  (See reverse side of this form for a detailed explanation of special
       management cases.)          (   )

(f)  Standard Management -- Cases that do not fall into any one of the other tracks.   ( **X** )

| January 6, 2026 | **Dara K. Chase, Esq.** | **City of Philadelphia** |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| **(215) 685-8717** | **(215) 683-5397** | **dara.chase @phila.gov** |
| Telephone | FAX Number | E-mail Address |

(Civ. 660) 10/02